|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 12 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JAMES D. SHAW,

      Plaintiff - Appellant,

 v.

JEFF MACOMBER, CDCR Secretary; et al.,

      Defendants - Appellees.

No. 25-3770

D.C. No. 3:25-cv-00089-RBM-MSB
Southern District of California, San Diego

ORDER

Appellant has not filed a statement explaining why this appeal should not be dismissed for lack of jurisdiction, as ordered by this court on July 29, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT