

FILED

May 28 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ judepetersen        DEPUTY

To: THE HONORABLE RUTH BERMUDEZ-MONTENEGRO, U.S. FEDERAL
    DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Date: December 26, 2025  Case: SHAW V. MACOMBER,
                              3:25-cv00089-RBM-MSB

Honorable Justice,

        Please, per your Sept. 12, 2025 Order, finalize your
Order dismissing my Appeal as soon as is appropriate and
convenient for the Court. Thank you. Please serve me with the
Order. SASE enclosed, and post on the internet if appropriate.

                    Respectfully, _James D. Shaw_ 1-30-2026
                                  James Shaw, CDC #G0582, date
                                  in pro-per

ACMS Case Summary
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 25-3770 | **Docketed:** 06/16/2025 |

**Nature of Suit:** 3550 Prisoner-Civil Rights

Shaw v. Macomber, et al.

**Appeal From:** San Diego, Southern California

**Fee Status:** Paid

**Case Type Information:**
 1) Prisoner
 2) Private
 3) Civil Rights

**Originating Court Information:**
 **District:** Southern District of California : 3:25-cv-00089-RBM-MSB
 **Trial Judge:** Ruth Bermudez Montenegro, District Judge
 **Date Filed:** 01/13/2025

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/08/2025 | 05/09/2025 | 06/12/2025 | 06/13/2025 |

**Prior Cases:**
 None

**Current Cases:**
 None

| | | |
|---|---|---|
| 6/16/2025 | 1 | **CASE OPENED.** A copy of your notice of appeal / petition filed in 3:25-cv-00089-RBM-MSB has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.<br>The U.S. Court of Appeals docket number 25-3770 has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes.<br>**Resources Available**<br>For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Attorneys should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 06/16/2025 01:13 PM] |
| 6/16/2025 | 2 | **PRELIMINARY INJUNCTION SCHEDULE NOTICE.** Preliminary Injunction Opening Brief Due (Appellant) 7/14/2025. **For appeal no. 25-3770, 3:25-cv-00089-RBM-MSB.** All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.<br>Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1. [Entered: 06/16/2025 01:16 PM] |
| 7/29/2025 | 3 | **ORDER FILED.** The district court's May 8, 2025 order challenged in this appeal dismissed the complaint with leave to amend, and denied appellant's motion for injunctive relief prior to service of the complaint. This court may therefore lack jurisdiction over this appeal of the May 8, 2025 order. See 28 U.S.C. § 1291; WMX Techs., Inc. v. Miller, 104 F.3d 1133, 1136 (9th Cir. 1997) (""[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained."); see also Zepeda v. INS, 753 F.2d 719, 727 (9th Cir. 1983) (notice to adverse party required prior to preliminary injunction under Fed. R. Civ. P. 65); Religious Tech. Ctr. v. Scott, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. See 9th Cir. R. 42-1. Briefing is stayed. [Entered: 07/29/2025 03:41 PM] |

| 7/30/2025 | 4 | **NOTICE OF APPEARANCE** by Samuel Weiss for Appellant James D. Shaw. [Entered: 07/30/2025 12:08 PM] |
| 7/30/2025 | 5 | **ADDED** Counsel for Appellant Samuel Weiss [Entered: 07/30/2025 01:06 PM] |
| 8/8/2025 | 6 | Originating Court Notice of Fee Received. [Entered: 08/08/2025 11:42 AM] |
| 9/12/2025 | 7 | **ORDER FILED.** Appellant has not filed a statement explaining why this appeal should not be dismissed for lack of jurisdiction, as ordered by this court on July 29, 2025. This appeal is therefore dismissed. See 9th Cir. R. 42-1. This order becomes the mandate of the court in 21 days. [Entered: 09/12/2025 11:27 AM] |
| 10/27/2025 | 8 | **CORRESPONDENCE** filed by Appellant James D. Shaw. Deficiency: party has counsel. [Entered: 10/27/2025 03:37 PM] |
| 11/13/2025 | 9 | **ORDER FILED.** This appeal was dismissed on September 12, 2025. Appellant has submitted pro se correspondence received October 27, 2025 (Docket Entry No. 8). The court will take no further action on the filing because appellant is represented by counsel. The clerk will serve this order and a copy of the September 12, 2025 order on appellant individually. [Entered: 11/13/2025 03:07 PM] |

## ACMS Case Summary
### United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #: 25-3770**                                    **Docketed:** 06/16/2025

**Nature of Suit:** 3550 Prisoner-Civil Rights

Shaw v. Macomber, et al.

**Appeal From:** San Diego, Southern California

**Fee Status:** Paid

**Case Type Information:**

1) Prisoner

2) Private

3) Civil Rights

**Originating Court Information:**

**District:** Southern District of California : 3:25-cv-00089-RBM-MSB

**Trial Judge:** Ruth Bermudez Montenegro, District Judge

**Date Filed:** 01/13/2025

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/08/2025 | 05/09/2025 | 06/12/2025 | 06/13/2025 |

**Prior Cases:**

None

**Current Cases:**

None

| | | |
|---|---|---|
| 6/16/2025 | 1 | **CASE OPENED.** A copy of your notice of appeal / petition filed in 3:25-cv-00089-RBM-MSB has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number 25-3770 has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes. **Resources Available** For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Attorneys should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 06/16/2025 01:13 PM] |
| 6/16/2025 | 2 | **PRELIMINARY INJUNCTION SCHEDULE NOTICE.** Preliminary Injunction Opening Brief Due (Appellant) 7/14/2025. **For appeal no. 25-3770, 3:25-cv-00089-RBM-MSB.** All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1. [Entered: 06/16/2025 01:16 PM] |
| 7/29/2025 | 3 | **ORDER FILED.** The district court's May 8, 2025 order challenged in this appeal dismissed the complaint with leave to amend, and denied appellant's motion for injunctive relief prior to service of the complaint. This court may therefore lack jurisdiction over this appeal of the May 8, 2025 order. See 28 U.S.C. § 1291; WMX Techs., Inc. v. Miller, 104 F.3d 1133, 1136 (9th Cir. 1997) (""[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained."); see also Zepeda v. INS, 753 F.2d 719, 727 (9th Cir. 1983) (notice to adverse party required prior to preliminary injunction under Fed. R. Civ. P. 65); Religious Tech. Ctr. v. Scott, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. See 9th Cir. R. 42-1. Briefing is stayed. [Entered: 07/29/2025 03:41 PM] |

| 7/30/2025 | 4 | **NOTICE OF APPEARANCE** by Samuel Weiss for Appellant James D. Shaw. [Entered: 07/30/2025 12:08 PM] |
| 7/30/2025 | 5 | **ADDED** Counsel for Appellant Samuel Weiss [Entered: 07/30/2025 01:06 PM] |
| 8/8/2025 | 6 | Originating Court Notice of Fee Received. [Entered: 08/08/2025 11:42 AM] |
| 9/12/2025 | 7 | **ORDER FILED.** Appellant has not filed a statement explaining why this appeal should not be dismissed for lack of jurisdiction, as ordered by this court on July 29, 2025. This appeal is therefore dismissed. See 9th Cir. R. 42-1. This order becomes the mandate of the court in 21 days. [Entered: 09/12/2025 11:27 AM] |
| 10/27/2025 | 8 | **CORRESPONDENCE** filed by Appellant James D. Shaw. Deficiency: party has counsel. [Entered: 10/27/2025 03:37 PM] |
| 11/13/2025 | 9 | **ORDER FILED.** This appeal was dismissed on September 12, 2025. Appellant has submitted pro se correspondence received October 27, 2025 (Docket Entry No. 8). The court will take no further action on the filing because appellant is represented by counsel. The clerk will serve this order and a copy of the September 12, 2025 order on appellant individually. [Entered: 11/13/2025 03:07 PM] |

DEAR CLERK, I MAILED THIS TO YOU THREE MONTHS AGO. IT DID NOT SHOW ON THE DOCKET, PERHAPS LOST IN MAIL. **PLEASE, I MERELY NEED, THE ATTORNEY WHO IS TAKING MY CASE OVER SAYS, A DISMISSAL ORDER THAT CLEARLY SAYS <u>FINAL</u> ORDER. THANK YOU.**

TO: CLERK FOR THE HONORABLE RUTH BERMUDEZ-MONTENEGRO, U.S. DIST. COURT

FROM: JAMES SHAW, CDC #G0582, RJD, E24-D103, 480 ALTA RD., SAN DIEGO, CA. 92179

RE: PLEASE I NEED A FINAL DISMISSAL ORDER FOR MY APPEAL, SHAW V. MACOMBER 3:25-cv-00089-RBM-MSB, COURT OF APPEALS DOCKET #25-3770

DATE: 2.3.26 , UPDATED 5.20.26

DEAR CLERK,

I do not like to bother you about something that appears that it may have been resolved, re the attached copy (file stamped but canceled) I sent on December 26, 2025 requesting a final dismissal of my appeal.

The docket indicates the appeal was dismissed on 11.13.25, docket #9, enclosed. However, my appellant counsel Samuel Weiss, docket # 5, says that he needs something showing a <u>final</u> dismissal before he can move forward.

If this is still confusing is it possible for you to please call Mr. Weiss's office, 202-455-4399 and either confirm they have all they need, and/or learn what it is they feel they need. This is way above my pay grade so to speak and I'm concerned that I may simply be wasting people's times and/or wasting Court resources, delaying, by not knowing what I am doing.

Thanking you in advance and again apologizing for having to bother you and your no doubt valuable time by asking for something that may be resolved. However, if it is as simple as sending me a new Order, enclosed is a SASE. Be well.

James D Shaw 6-21-26
James Shaw CDC #G05862. date

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

SEP 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| JAMES D. SHAW, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JEFF MACOMBER, CDCR Secretary; et al., <br><br> Defendants - Appellees. | No. 25-3770 <br><br> D.C. No. <br> 3:25-cv-00089-RBM-MSB <br> Southern District of California, <br> San Diego <br><br> ORDER |

Appellant has not filed a statement explaining why this appeal should not be dismissed for lack of jurisdiction, as ordered by this court on July 29, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

To the Honorable Justices of the Ninth Cir. Court of Appeals,
c/o Molly C. Dwyer, Clerk of Court:

Re Case#;3:25-cv-00089-RBM-MSB, Document 11.

Honorable Justices,

Please, as per your Sept. 12, 2025 Order, finalize your Order dismissing my appeal as soon as is appropriate and convenient for the Court. Thank You, and please serve me with the Order. Respectfully,

James Shaw, CDC# G0582, Date, in pro-per

James Shaw, G05862
E24-0103-4
R.J. Donovan State Prison
San Diego, CA. 92179

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAMES SHAW

                                    New Case # _____

                                    Civil case 3:25-cv-00089-RBM-MSB

v.

                                    Complaint under the Civil Rights
                                    Act, 42 U.S.C. § 1983

McCOMBER, CDC SECRETARY,
JAMES BELL - WARDEN,
Dr. SANTO AND Y. SATO
R.J. DONOVAN STATE PRISON

To the Honorable Court, I James Shaw, wish to Appeal this verdict. This is to serve as my Notice of Appeal.

                                    James Shaw, G05862 Date 6-7-25
                                    in pro se

- 1/1 -

